People v Wood (2025 NY Slip Op 03535)

People v Wood

2025 NY Slip Op 03535

Decided on June 10, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 10, 2025

Before: Moulton, J.P., González, Mendez, Pitt-Burke, Rosado, JJ. 

Ind. No. 74348/22|Appeal No. 4570|Case No. 2023-03406|

[*1]The People of the State of New York, Respondent,
v
Chaquona Wood, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Abigail Everett of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Addison Eisley of counsel), for respondent.

Judgment, Supreme Court, New York County (April A. Newbauer, J.), rendered May 18, 2023, convicting defendant, upon her guilty plea, of attempted criminal possession of a weapon in the second degree, and sentencing her to a five-year term of probation, unanimously modified, on the law and as a matter of discretion in the interest of justice, to the extent of striking the condition of probation that defendant pay the mandatory surcharge and fees imposed at sentencing by July 15, 2023, and otherwise affirmed.
Defendant's valid waiver of her right to appeal forecloses review of her excessive sentence claim (People v Diallo, 232 AD3d 427, 427 [1st Dept 2024], lv denied 43 NY3d 930 [2025]). As an alternative holding, we perceive no basis for reducing defendant's sentence.
To the extent the court improperly imposed at sentencing payment of the mandatory surcharge and other fees a condition of defendant's probation, we strike this condition which is not reasonably related to defendant's rehabilitation, or necessary to ensure that she will lead a law-abiding life (People v Alvarez, 233 AD3d 619, 620 [1st Dept 2024], lv denied 43 NY3d 961 [2025]. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 10, 2025